■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON EVANS, Appellant. [983 NYS2d 404]—Judgment, Supreme Court, New York County (Daniel Conviser, J.), rendered July 31,

2012, resentencing defendant, as a second felony offender, to an aggregate term of 40 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Acosta, Freedman and Kapnick, JJ.